# EXHIBIT A

## CITY OF HOUSTON
Department of Public Works and Engineering

**Bill White**
Mayor

Michael S. Marcotte, P.E., D.WRE, BCEE
Director
P.O. Box 1562
Houston, Texas 77251-1562

T. 713 837-0037
F. 713 837-0040
www.houstontx.gov

October 31, 2009

Mr. Matt Bowman
President
CES Environmental Services, Inc.
4904 Griggs Road
Houston, Texas  77021

Reference Termination Date: IMMEDIATE Termination of Wastewater Service
Service Address: 4904 Griggs Road
Account No.: 0920-2370-113 and 0920-2375-109

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND BY HAND DELIVERY,
RECEIPT REQUESTED

Dear Mr. Bowman:

The City of Houston's Industrial Wastewater Service of the Department of Public Works and Engineering issued letters dated October 5th and 13th, 2009, to CES Environmental Services, Inc. (CES) requesting CES to seal sample well number one which is listed on Industrial Waste Permit No. 6806. On October 28, 2009, the Industrial Wastewater Service performed a site visit at CES and it was determined that no action had been taken to comply with the requirement to seal the sample well. In addition, as of the required compliance date of October 30, 2009, the referenced sample well has not been sealed.

The City has determined that your failure to comply with our October 5th and 13th letters constitutes a material breach of Industrial Waste Permit Numbers 6806 and 9558. Further, the Director of Public Works has made a determination that a discharge from your facility causes an immediate danger to the health of city employees or the public or a likelihood that the city's treatment plant permit parameters will be violated. You are hereby notified that your wastewater service will be discontinued on the above referenced date for failure to comply with the City's Wastewater Pretreatment Program. Should service be reestablished at a later date, a reconnection fee will be charged. Additionally under the provisions of Section 47-208 you are hereby notified that the department may provide a hearing within three days of this termination. Within three days of the date of this letter CES shall submit a written request to the Industrial Wastewater Service requesting a hearing to show cause why sewer service should be restored. When we have received your request for a hearing, we will then notify you of the time and place.

Page 2
CES Environmental Services, Inc,
October 31, 2009

Based on the above, the Industrial Wastewater Service must take action as outlined in the City of Houston Code of Ordinances, Article V., Section 47-208 (refer to Part II of your Industrial Waste Permit). Therefore action is being taken to immediately discontinue our acceptance and treatment of your industrial wastes. You are hereby notified that your water/wastewater service will be discontinued on the above referenced date for failure to comply with the City's Wastewater Pretreatment Program. This action will remain in place until such time as your facility has demonstrated its ability to meet and comply with all applicable permit and regulatory requirements.

We are prepared to assist you in complying with this program. If you have any questions, please call me at (281) 575-2833.

Sincerely,

*Clyde Smith*

Clyde Smith
Environmental Investigator V
Industrial Wastewater Service
Department of Public Works and Engineering


Attachments: Letters dated 10-5-09 and 10-13-09

cc:  Michael S. Marcotte, P.E., D.WRE, BCEE
     Jun Chang, P.E.
     Dannell Belhateche, P.E.
     Walid Samarneh, P.E.
     Ravi Kaleyatodi, P.E.
     Ceil Price
     James Cargas

Received By: _____

Date: _____

Industrial Wastewater Service mailing address:

Industrial Wastewater Service
10500 Bellaire Boulevard
Houston, Texas   77072